IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

| | | |
|---|---|---|
| MICHAEL HAIGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 4:19-cv-76 |
| | ) | |
| PB MARES GROUP WELFARE | ) | |
| BENEFIT PLAN, et al. | ) | |
| | ) | |
| Defendants. | ) | |

**Stipulation of Dismissal**

As evidenced by their signatures below, the parties stipulate to a dismissal with prejudice, each side to bear their own costs and attorney fees.

WE ALL ASK FOR THIS:

LIFE INSURANCE COMPANY OF NORTH AMERICA

By: __/s/ David E. Constine, III_____
David E. Constine, III (VSB No. 23223)
Troutman Sanders LLP
P. O. Box 1122
Richmond, Virginia 23218-1122
Telephone: (804) 697-1200
Facsimile: (804) 697-1339
david.constine@troutman.com
*Counsel for Defendant*

By: __/s/ Benjamin W. Glass, III_____
Benjamin W. Glass, III, (VSB No. 23152)
Benjamin W. Glass, III & Associates, P.C.
3998 Fair Ridge Drive, Suite 250
Fairfax, Virginia 22033
Telephone: (703) 591-9829
Facsimile: (703-783-0686
ben@benglasslaw.com
*Counsel for Plaintiff*